IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05 - CV - 02135-OES**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 5 2005

GREGORY C. LANGHAM
CLERK

SEAN MALLORY, #1459674,

    Plaintiff,

v.

GOVERNOR BILL OWENS,
MAYOR HICKENLOOPER,
OFFICE OF THE STATE PUBLIC DEFENDERS,
KATE PULITZKY,
DAVID KAPLAN,
CHARLIE GARCIA,
DENVER COUNTY SHERRIF [sic] AND UNDERSHERRIF [sic],
DENVER COUNTY JAIL AND CITY JAIL,
DIRECTOR OF CORRECTIONS FRED OLIVA,
DR. PETER CRUM,
BETH LINDROOS, HSA,
DR. HIRSH AND MEDICAL STAFF JOHN DOE & JANE DOE 1-100,
CHIEF FOOS,
MAJOR WILSON,
DR. HIGGENS,
NURSE JOE,
NURSE JACK,
NURSE ROSIE,
NURSE HENRY,
NURSE SUSIE,
SGT. BROWN,
SGT. BULTER,
DEPUTY PEREZ (female),
DEPUTY MURRAY,
DEPUTY HALL,
STATE BOARD OF NURSING,
NANCY SMITH, Ph.D., R.N.,
DENNIS CLENIN,
DEPARTMENT OF REGULATOR AGENCIES,
TAMBOR WILLIAMS,
DIVISION OF REGISTRATION,
ROSEMARY MCCOOL,

STEWART KITCHEN STAFF,
FRANKIE JOHNSON,
STEWART DEAN,
STEWART HERMAN AND KITCHEN STAFF CITY AND COUNTY JOHN & JANE DOE 1-10,
LAW LIBRARY DEPUTY LOPEZ,
DENVER COUNTY CITY SHERIFF DEPARTMENT OFFICERS & STAFF INVOLVED IN THIS ACTION THAT ARE NOT CURRENTLY KNOWN BY NAME BUT WILL BE DETAILED,
COLORADO OFFICE OF THE STATE DISTRICT ATTORNEY MITCH MORRISSEY AND UNDERSIGNED DA 1-10 - 2ND JUDICIAL DISTRICT JOHN AND JANE DOE,
DEPUTY BUSH,
DEPUTY ESCABEL,
SGT. LANGE,
DEPUTY STRONG,
DENVER POLICE DEPARTMENT CHIEF OF POLICE GERI WITTMAN,
JOHN & JANE DOE 1-500,
SGT. LANGE,
SGT. JURIL, and
SGT. CLARK MARTIN,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the court in an envelope that also contained individual *in forma pauperis* motions from a number of other inmates at the Denver County Jail. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted
(2) __ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other _____

**Complaint, Petition or Application:**
(10) xx is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the action will be

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 25 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **05 - CV - 02135 -OES**

Sean Mallory
Prisoner No. 1459674
Denver County Jail
PO Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on _10-25-05_ .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk